**Entered on Docket**
**September 01, 2010**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

CINDY LEE STOCK
Nevada Bar No. 803
LAW OFFICES OF CINDY LEE STOCK, P. C.
608 South 8th Street
Las Vegas, Nevada   89101
(702) 382-1399 Phone
(702) 382-0925 Fax
bk-clstock@lvcoxmail.com

In Association With:
MALCOLM ♦CISNEROS, A Law Corporation
2112 Business Center Drive
Second Floor
Irvine, California 92612

Attorneys for PNC BANK, NATIONAL ASSOCIATION

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| | ) | CASE  NO. S– 10-20744-lbr |
| CHARLES RANDALL LAZER, | ) | |
| | ) | Hearing Date: August 23, 2010 |
| | ) | Hearing Time: 10:30 a.m. |
| | ) | |
| Debtor. | ) | Location:   Foley Federal Building |
| | ) | Courtroom No. 1 |

## <u>ORDER FOR RELIEF FROM THE AUTOMATIC STAY</u>

The Motion for Relief from Automatic Stay of PNC BANK, NATIONAL ASSOCIATION came on regularly for hearing before this court on August 23, 2010, appearances as noted on the record.  No timely opposition having been filed, the court being fully advised in the premises and good cause appearing:

1    IT IS HEREBY ORDERED that the Motion for Relief from Automatic Stay be, and it hereby

2  is, granted.

3    IT IS FURTHER ORDERED that all stay provisions are hereby terminated as to the real

4  property commonly known as 9721 Manheim Lane, Las Vegas, NV 89117.

5    IT IS FURTHER ORDERED that PNC BANK, NATIONAL ASSOCIATION shall provide

6  Debtor with no less than seven (7) days notice of the date, time and place of foreclosure sale.

7  SUBMITTED BY:

8  LAW OFFICES OF CINDY LEE STOCK, P. C.

9  /s/ *Cindy Lee Stock*

10  CINDY LEE STOCK
    Nevada Bar No. 803

11  608 South 8th Street
    Las Vegas, Nevada   89101

12  (702)382-1399
    Attorneys for PNC BANK,

13  NATIONAL ASSOCIATION

14

15                              RULE 9021 CERTIFICATION:

16  In accordance with Local Rule 9021, counsel for Movant certifies:

17  _____  The Court waived the requirement of approval under LR 9021.

18  _____  This is a Chapter 7 or Chapter 13 case, I have delivered a copy of this proposed order
           to all counsel who appeared at the hearing, any unrepresented parties who appeared at
19         the hearing, and each has approved or disapproved the order, or failed to respond as
           indicated below [list each party and whether the party has approved, disapproved, or
20         failed to respond to the document]:

21  _____  This is a Chapter 9, 11 or 15 case, I have delivered a copy of this proposed order to all
           counsel who appeared at the hearing, any unrepresented parties who appeared at the
22         hearing, and each has approved or disapproved the order, or failed to respond as
           indicated below [list each party and whether the party has approved, disapproved, or
23         failed to respond to the document]:

24    X   I certify that I have served a copy of this order with the motion, and no parties
           appeared or filed written objections.

25                                   # # #

26

27

28
                                     2